[Cite as *State v. Wooten*, 2015-Ohio-3646.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# ASHTABULA COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | **MEMORANDUM OPINION** |
| Plaintiff-Appellee, | : | |
| - vs - | : | **CASE NO. 2015-A-0038** |
| FLOYD WOOTEN, | : | |
| Defendant-Appellant. | : | |

Criminal Appeal from the Ashtabula County Court of Common Pleas, Case No. 2011 CR 297

Judgment: Appeal dismissed.

*Nicholas A. Iarocci,* Ashtabula County Prosecutor, and *Shelley M. Pratt,* Assistant Prosecutor, Ashtabula County Courthouse, 25 West Jefferson Street, Jefferson, OH 44047-1092 (For Plaintiff-Appellee).

*Floyd Wooten,* pro se, PID: A624-882, Lake Erie Correctional Institution, P.O. Box 8000, Conneaut, OH 44030 (Defendant-Appellant).

THOMAS R. WRIGHT, J.

{¶1} This matter is before this court on appellant's pro se notice of appeal filed July 29, 2015. On the notice, appellant indicates that he is appealing a July 2, 2015 "Sentencing Journal." However, attached to his notice is the trial court's July 2, 2013 "Judgment Entry of Re-Sentence." The trial court docket confirms that the date of the sentencing order is July 2, 2013, and that there were no other sentencing orders issued after that date.

{¶2} We note that an appeal from the July 2, 2013 sentencing order would be untimely pursuant to App.R. 4(A). However, in addition to being filed out of the 30-day time frame, this is a duplicate appeal of appellant's previous appeal, *State v. Wooten,* 11th Dist. Ashtabula App. No. 2013-A-0044, 2014-Ohio-725, which was affirmed by this court on March 3, 2014.

{¶3} Therefore, the appeal is hereby dismissed sua sponte, as being duplicative.

{¶4} Appeal dismissed.


TIMOTHY P. CANNON, P.J.,

CYNTHIA WESTCOTT RICE, J.,

concur.